UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORLANDO CORDIA HALL,<br><br>      Plaintiff,<br><br>  v.<br><br>WILLIAM P. BARR, et al.,<br><br>      Defendants. | Civil Action No. 20-cv-3184 (TSC) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion (ECF No. 23), Plaintiff's motion for a temporary restraining order/preliminary injunction, (ECF No. 3), and emergency motion for a hearing, (ECF No. 14), are hereby DENIED.

Date: November 16, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1